

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NB:MRM
F. #2016R01473

*610 Federal Plaza*
*Central Islip, New York 11722*

August 27, 2020

By ECF
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
1030 Federal Plaza
Central Islip, New York 11722

Re: United States v. Dylan Cruz
Criminal Docket No. 18-664 (JS)

Dear Judge Seybert:

The parties are jointly requesting that the date for jury selection to commence be moved to February 14, 2022. The government and counsel for both Mr. Cruz and Mr. Michel discussed the matter following today's conference and agree that jury selection should begin on February 14, 2022, with opening statements and testimony to begin on the originally scheduled date of February 28, 2022. We respectfully request that the court adopt the proposed revised schedule.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Nicole Boeckmann
Michael Maffei
Nicole Boeckmann
Assistant U.S. Attorneys
(631) 715-7855/7890

cc: Jeremy Schneider, Esq.
Marc DeMarco, Esq.
Murray Singer, Esq.